### 2773.  BRYAN COUNTY BANK v. MOYD et al.

POWELL, J.  The evidence for the defendants made an undisputed case of non-liability.  The court did not err in directing a verdict in their favor.
*Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Complaint; from Bryan superior court—Judge Seabrook. March 26, 1910.

*Hardeman, Jones, Callaway & Johnston,* for plaintiff.
*W. F. Slater,* for defendant.

---

### 2777.  MILLER v. O'NEAL.

POWELL, J.  The case involved such a controlling issue of fact as to make the verdict of the jury, as approved by the judge of the superior court on certiorari, final; there being no error of law complained of, and there being some evidence to support the verdict.     *Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Certiorari; from Fulton superior court—Judge Bell.    April 14, 1910.

*A. E. Wilson,* for plaintiff in error.    *L. W. Thomas,* contra.